# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IN RE RANDOLPH SCOTT BY NEXT FRIEND and SPECIAL ADMINISTRATOR VIANNA SIMMONS, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case number 4:10cv1578 TCM |
| UNITED STATES OF AMERICA, et al., | ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Vienna Simmons' "Memorandum in Opposition to Defendant's Motion to Place[e] Exhibits under Seal" [Doc. 49]. Because the Court granted the Government's motion to place exhibits under seal on January 31, 2011 (Doc. 45), the Court construes this memorandum as a motion to reconsider. Having carefully considered the motion to reconsider, which is unopposed,

**IT IS HEREBY ORDERED** that the motion to reconsider [Doc. 49] is **GRANTED**.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of February, 2011.