UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE RANDOLPH SCOTT<br>by NEXT FRIEND and SPECIAL<br>ADMINISTRATOR, VIENNA SIMMONS,<br><br>      Plaintiff,<br><br>and<br><br>RANDOLPH SCOTT, SR.,<br><br>      Intervenor Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA and<br>PARK RANGER JOSHUA UPDEGRAFF,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 4:10cv1578 TCM<br>)<br>)<br>)<br>)<br>)  |

## MEMORANDUM AND ORDER

The matter is before the Court, after a conference with the parties, to reset the trial date and to set the final pretrial conference.[1] After careful consideration,

**IT IS HEREBY ORDERED** that counsel in the above matter shall appear in the chambers of the undersigned for a <u>Final Pretrial Conference</u> on **January 3, 2013**, at **9:30 a.m.**, in chambers. Counsel shall be prepared to discuss all matters relevant to the jury trial of the case, including, but not limited to, jury instructions. Counsel shall also make themselves available for an electronic evidence presentation training session immediately

---

[1] The case is before the undersigned United States Magistrate Judge by written consent of the parties. <u>See</u> 28 U.S.C. § 636(c).

following the conference.

**IT IS FURTHER ORDERED** that this action is set for a **JURY** trial on January 7, 2013, at **9:00 a.m.** This is a **five day trial. In this case, unless otherwise ordered by the Court, the attorneys shall, not less than twenty (20) days prior to the date set for trial:**

    1.    **Stipulation:** Meet and jointly prepare and file with the Clerk a JOINT Stipulation of all uncontested facts, which may be read into evidence subject to any objections of any party set forth in said stipulation (including a brief summary of the case which may be used on Voir Dire).

    2.    **Witnesses:**

    (a)    Deliver to opposing counsel, and to the Clerk, a list of all proposed witnesses, identifying those witnesses who will be called to testify and those who may be called.

    (b)    Except for good cause shown, no party will be permitted to call any witnesses not listed in compliance with this Order.

    3.    **Exhibits:**

    (a)    Mark for identification all exhibits to be offered in evidence at the trial (Plaintiffs to use Arabic numerals and Defendants to use letters, e.g., Pltf-1, Deft.-A, or Pltf Jones-1, Deft Smith-A, if there is more than one plaintiff or defendant), and deliver to opposing counsel and to the Clerk a list of such exhibits, identifying those that will be introduced into evidence and those that may be introduced. The list shall clearly indicate for each business record whether the proponent seeks to authenticate the business record by affidavit or declaration pursuant to Fed. R. Evid. 902(11) or 902(12).

    (b)    Submit said exhibits or true copies thereof, and copies of all affidavits or declarations pursuant to Fed.R.Evid. 902(11)or 902(12), to opposing counsel for examination. Prior to trial, the parties shall stipulate which exhibits may be introduced without objection or preliminary identification, and shall file written objections to all other exhibits.

    (c)    Except for good cause shown, no party will be permitted to offer any exhibits not identified or not submitted by said party for examination by opposing counsel in compliance with this Order. Any objections not made in writing at least ten (10) days prior to trial may be considered waived.

    4.    **Depositions, Interrogatory Answers, and Request for Admissions:**

    (a)    Deliver to opposing counsel and to the Clerk a list of all interrogatory answers or parts thereof and depositions or parts thereof (identified by page and line numbers), and answers

to requests for admissions proposed to be offered in evidence. At least ten (10) days before trial, opposing counsel shall state in writing any objections to such testimony and shall identify any additional portions of such depositions not listed by the offering party which opposing counsel proposes to offer.

   (b) Except for good cause shown, no party will be permitted to offer any interrogatory answer, or deposition or part thereof, or answer to a request for admissions not listed in compliance with this Order. Any objections not made as above required may be considered waived.

  **5.** **Instructions:** Submit to the Court and to opposing counsel their written request for instructions and forms of verdicts reserving the right to submit requests for additional or modified instructions at least ten (10) days before trial in light of opposing party's requests for instructions. (Each request must be supported by at least one pertinent citation.)

  **6.** **Trial Brief:** Submit to the Court and opposing counsel a trial brief stating the legal and factual issues and authorities relied on and discussing any anticipated substantive or procedural problems.

  **7.** **Motions In Limine:** File all motions in limine to exclude evidence, <u>and submit a courtesy copy directly to the Court's chambers</u>, at least ten (10) days before trial.

  Failure to comply with any part of this order may result in the imposition of sanctions.

  Dated this 2nd day of <u>July</u>, 2012.

         <u>/s/Thomas C. Mummert, III</u>
         THOMAS C. MUMMERT, III
         UNITED STATES MAGISTRATE JUDGE